**UNITED STATES DISTRICT COURT
FOR THE USDC Northern Indiana
FORT WAYNE DIVISION**

United States of America

                Plaintiff,

v.                                        Case No.: 1:19−cv−00122−HAB−SLC

                                                  Judge Holly A Brady

Kenneth D. Shull, et al.

                Defendant.

## **CLERK'S ENTRY OF DEFAULT**

Default is hereby entered against defendant(s)

        Bank of America National Association ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:   February 24, 2020         Sincerely,

                                          ROBERT N. TRGOVICH, CLERK

                                          By:  s/   Brooke Scheumann
                                                 Deputy Clerk